NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-CU-0534

Paul Gerald Guidry

- - Versus - -

Jean Suzanne Lambert Guidry

22nd Judicial District Court
Case #: 201510294
St. Tammany Parish

On Application for Rehearing filed on 10/10/2019 by Jean Suzanne Lambert Guidry

Rehearing _____ Deny _____

_____
Page McClendon

_____
Jewel E. "Duke" Welch

_____
Guy Holdridge

Date   DEC 2 0 2019

_____
Rodd Naquin, Clerk